IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUGENE MOORE,<br>AIS #208326, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:10-CV-568-CSC |
| | )<br>) | [WO] |
| DR. SADDINGS et al., | )<br>) | |
| Defendant. | )<br>) | |
| EUGENE MOORE,<br>AIS #208326, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:10-CV-631-TMH |
| | )<br>) | [WO] |
| DR. SADDINGS, | )<br>) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is the

ORDER, JUDGMENT AND DECREE of this court that this case be DISMISSED for the plaintiff's failure to properly prosecute this action.

Done this 28th day of January, 2011.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE